UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HOLLY A. STANTON,

                Plaintiff,

  -against-                                      5:07-CV-0803
                                                      (LEK/VEB)

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

_____

## DECISION AND ORDER

    This matter comes before the Court following a Report-Recommendation filed on June 4, 2009 by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York. Report-Rec. (Dkt. No. 14). After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Plaintiff, which were filed on June 19, 2009. Objections (Dkt. No. 15).

    It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id. This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

    Accordingly, it is hereby

    **ORDERED**, that the Report-Recommendation (Dkt. No. 14) is **APPROVED** and

**ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendant's Motion for judgment on the pleadings is **GRANTED** and Plaintiff's Motion for judgment on the pleadings is **DENIED**; and it is further

**ORDERED**, that the decision of the Commissioner is **AFFIRMED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED.**

DATED:   July __, 2009
         Albany, New York

HONORABLE LAWRENCE E. KAHN
United States District Judge